IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TEMEKIA V. ARMOUR,

   Plaintiff,

  v.

CENTURY COMMUNITIES, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:16-CV-1647-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 34] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 27]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 27] is GRANTED.

SO ORDERED, this 26 day of February, 2018.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge